# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**GREGORY EARL MURPHY, SR.,**

    Petitioner,

v.                          Case No. 3:23cv4232-RV/MAF

**STATE OF FLORIDA,**

    Respondent.

_____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated February 22, 2023 (ECF No. 4), to dismiss the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (ECF No. 1) for lack of jurisdiction and deny any pending motions. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus (ECF No. 1) is **DISMISSED for lack of jurisdiction**. Any pending motions are denied, a certificate of appealability is **DENIED,** and leave to appeal in forma pauperis is also **DENIED**."

3. The Clerk shall close the file.

**DONE AND ORDERED** on this 24th day of March, 2023.

*s/ Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**